# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL N. PITTMAN, AMY SCHOULTZ
PITTMAN, MARCUS L. PITTMAN, III,
PITTMAN ASSETS, L.L.C., PITTMAN ASSETS
MSSC, L.L.C., OZONE PROPERTIES,
L.L.C., SHADRACK ENTERPRISES, L.L.C.,
MEDICAL CENTER DIAGNOSTICS, L.L.C.,
BULLET ADVERSTISING, L.L.C., AND
MARCUS L. PITTMAN, III, IN HIS
CAPACITY AS TRUSTEE FOR MICHAEL NORTON
PITTMAN FAMILY TRUST

VERSUS

OAT TRUSTEE, LLC, IN ITS CAPACITY AS
TRUSTEE FOR GIROD TITLING TRUST

NO.  2025 CW 0863

**DECEMBER 11, 2025**

---

In Re:  Michael N. Pittman, Amy S. Pittman, Marcus L. Pittman, III, Pittman Assets, L.L.C., Pittman Assets MSSC, L.L.C., Ozone Properties, L.L.C., Shadrack Enterprises, L.L.C., Medical Center Diagnostics, L.L.C., Bullet Advertising, L.L.C., and Marcus L. Pittman, III, in his capacity as Trustee for Michael Norton Pittman Family Trust, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2023-11066.

---

BEFORE:  **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** The writ application did not include a copy of the pertinent minutes in violation of Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before January 12, 2026, and must contain a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT